UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VICTOR LANDA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:13cv1202 SNLJ(TIA) |
| ) | |
| CAROLYN W. COLVIN, ) | |
| **Acting Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

Having received no objections thereto,

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Terry I. Adelman (#30), filed July 17, 2014, be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FINALLY ORDERED** that the Commissioner of Social Security's decision be and is **REVERSED** and, pursuant to 42 U.S.C. § 405(g), **REMANDED** to the Commissioner for further proceedings pursuant to the report and recommendation adopted herein. This Court does not retain jurisdiction of this case.

Dated this  28th  day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE